LUIS RAÚL ESTEVES, demandante y apelado, *v.* EL MUNICIPIO DE AGUADILLA, demandado y apelante.

COMPAÑÍA INDUSTRIAL DE AGUADILLA, INC., demandante y apelada, *v.* EL MUNICIPIO DE AGUADILLA, demandado y apelante.

Nos. 5700 y 5701.—*Sometidos:* Marzo 24, 1933. *Resueltos:* Septiembre 29, 1934.

*Juan B. Soto* y *A. García Ducós*, abogados del apelante; *Guerra-Mondragón & Soldevila*, abogados de los apelados.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

En cada uno de los casos anteriores, intitulados *Luis Raúl Esteves* v. *El Municipio de Aguadilla,* y *Compañía Industrial de Aguadilla, Inc.,* v. *El Municipio de Aguadilla,* el demandado apela por haber dejado la corte de imponer las costas. Un mero examen de nuestra opinión en el caso No. 5706, *Compañía Industrial de Aguadilla, Inc.* v. *El Municipio de Aguadilla* (ante, pág. 547) demostrará que la cuestión no era tan clara que los demandantes no hubieran tenido derecho a someter el caso a la corte. En otras palabras, no hallamos ningún grado de culpa de la especie que nos induciría a intervenir con la discreción de la corte inferior al no imponer las costas.

*Las sentencias apeladas deben ser confirmadas.*